IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., : | |
| : | |
| Plaintiff. : | CIVIL ACTION |
| : | |
| vs. : | |
| : | No. 12-2209 |
| PARAMVIR SINGH a/k/a Perry Singh, : | |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 1st day of October, 2012, upon consideration of Plaintiff, AAMCO Transmissions, Inc.'s (AAMCO), Motion for Preliminary Injunction (Doc. No. 3), AAMCO's Brief in Support of the Motion, Defendant, Paramvir Singh's ("Singh"), Response, AAMCO's Reply, and after a hearing on the Motion before this Court on September 21, 2012, it is hereby **ORDERED** that said Motion is **GRANTED**. Singh, his agents, servants, employees and those persons in active concert or participation with him, are hereby enjoined from operating a transmission repair business at 18012 Bothell-Everett Hwy., Suite #4, Bothell, WA 98012, or anywhere else within ten (10) miles of an AAMCO Repair Center.

It is **FURTHER ORDERED** that:

1. Singh shall file with the Court and serve on AAMCO within thirty (30) days after the date of this Order, a report in writing, under oath, setting forth in detail the measures undertaken by Singh to comply with this Order;

2. AAMCO shall file a bond, or escrow account with the Clerk of Court, in the amount of $5,000; and

3. This Order shall remain in full force and effect until further Order of this Court.

                                          BY THE COURT:

                                          /s/ Robert F. Kelly
                                        ROBERT F. KELLY
                                        SENIOR JUDGE