IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| vs. : | |
| : | No. 12-2209 |
| PARAMVIR SINGH a/k/a Perry Singh, : | |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 16th day of November, 2012, upon consideration of Defendant, Paramvir Singh's ("Plaintiff"), Motion for Reconsideration and for Re-Argument (Doc. No. 21), and Plaintiff, AAMCO Transmissions, Inc.'s Response and Plaintiff's Reply, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE