IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| PARAMVIR SINGH a/k/a Perry Singh. | : | NO. 12-2209 |
| | : | |

## **O R D E R**

**AND NOW**, this 12th day of June, 2013, after consideration of Plaintiff, AAMCO Transmissions, Inc.'s ("AAMCO"), request for attorneys' fees expended in the litigating of its Motion for Preliminary Injunction and Motion for Permanent Injunction against Defendant, Paramvir Singh, and the Affidavit of William Jameson, Esq., it is hereby **ORDERED** that attorneys' fees are awarded to AAMCO in the amount of $7500.00.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE